UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARSHA MARTIN,<br><br>        Plaintiff,<br><br>   v.<br><br>TAJ ALI,<br><br>        Defendant. | Case No.: 1:21-cv-00551 DAD JLT<br><br>ORDER CLOSING THE CASE<br>(Doc. 12) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 5) Accordingly, the Clerk of Court is DIRECTED to terminate all pending motions and to close this action.

IT IS SO ORDERED.

Dated: **June 21, 2021**          **/s/ Jennifer L. Thurston**
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE